## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**CHRISTOPHER KELLY**                                                                 **PLAINTIFF**

**VS**                                              **CIVIL ACTION NO.: 1:23 cv 131 LG-BWR**

**HEAD MERCANTILE COMPANY, INC**
**DBA STRATEGIC OUTSOURCING SOLUTIONS**
**AKA SOS GROUP & TREWOLLA SWEATMAN, PLLC**              **DEFENDANTS**

## NOTICE OF SETTLEMENT BETWEEN
## PLAINTIFF AND HEAD MERCANTILE COMPANY, INC.

**NOTICE IS HEREBY GIVEN** that Plaintiff, David Lowery, and Defendant, Head Mercantile Company, Inc. DBA Strategic Outsourcing Solutions AKA SOS Group have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal within the next thirty (30) days. Plaintiff requests that the Court excuse Defendant, Head Mercantile Company, Inc. DBA Strategic Outsourcing Solutions AKA SOS Group from all pending deadlines and hearings in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED this the 26th day of July, 2023.

/s/ Michael T. Ramsey
Michael T. Ramsey (MSB #104978)
Attorney for Plaintiff
**SHEEHAN & RAMSEY, PLLC**
429 Porter Avenue
Ocean Springs, Mississippi 39564
228-875-0572
Mike@sheehanramsey.com