IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHRISTOPHER KELLY**                                                                           **PLAINTIFF**

**VS**                                                     **CIVIL ACTION NO.: 1:23 cv 131 LG-BWR**

**HEAD MERCANTILE COMPANY, INC**
**DBA STRATEGIC OUTSOURCING SOLUTIONS**
**AKA SOS GROUP & TREWOLLA SWEATMAN, PLLC**                              **DEFENDANTS**

**NOTICE OF SETTLEMENT BETWEEN**
**PLAINTIFF AND TREWOLLA SWEATMAN, PLLC.**

**NOTICE IS HEREBY GIVEN** that Plaintiff, Christopher Kelly and Defendant, Trewolla Sweatman, PLLC have settled all claims between them in this matter.[1] The parties are in the process of completing the final settlement documents and are prepared for the Court to enter its standard order of dismissal with prejudice – each party bearing its respective costs and attorneys' fees. The parties further request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED this the 31st day of July, 2023.

/s/ Michael T. Ramsey
Michael T. Ramsey (MSB #104978)
Attorney for Plaintiff
**SHEEHAN & RAMSEY, PLLC**
429 Porter Avenue
Ocean Springs, Mississippi 39564
228-875-0572
Mike@sheehanramsey.com

---

[1] Plaintiff previously informed this court of a resolution with Head Mercantile Company, Inc. DBA Strategic Outsourcing Solutions AKA SOS Group. (Dkt 8).