IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHRISTOPHER KELLY**                                                                 **PLAINTIFF**

v.                                                                    CAUSE NO. 1:23-cv-131-LG-BWR

**HEAD MERCANTILE COMPANY,
INC. d/b/a STRATEGIC
OUTSOURCING SOLUTIONS a/k/a
SOS GROUP and TREWOLLA
SWEATMAN, PLLC**                                                            **DEFENDANTS**

## ORDER OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all parties with each party to bear its own costs. Pursuant to the agreement of the parties, the Court will retain jurisdiction over this lawsuit for 30 days for the purpose of enforcing the settlement agreement.

**SO ORDERED AND ADJUDGED** this the 3rd day of August, 2023.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge